1
 2
 3
 4                                                              JS-6
 5
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9                   CENTRAL DISTRICT OF CALIFORNIA
10

11 | James Manley,              ) Case No. **CV 11-8524-JFW (DTBx)**
   |                            )
12 |           Plaintiff,       ) **ORDER DISMISSING CIVIL ACTION**
   |                            )
13 |      v.                    )
   |                            )
14 | Cavalry Portfolio          )
   | Services, LLC,             )
15 |                            )
   |           Defendants.      )
16 | _____

17

18
         THE COURT has been advised by counsel that this action
19
   has been settled, or is in the process of being settled.
20
         IT IS THEREFORE ORDERED that this action is hereby
21
   dismissed without prejudice to the right, upon good cause
22
   shown within 40 days, to re-open the action if settlement is
23
   not consummated.  During this 40 day period, this Court
24
   retains full jurisdiction over this action and this Order
25
   shall not prejudice any party to this action.
26
   / / /
27
   / / /
28

   (Rev. 2/15/08)

1     In the event a motion or *ex parte* application to re-open
2 is not filed within 40 days, the dismissal of this action
3 will be with prejudice.

5 Dated: November 18, 2011         _____
6                                          JOHN F. WALTER
                                        United States District Judge